ARTHUR J. BALDWIN et al., as Executors of JOSEPH D.
CARROLL, Deceased, Appellants, *v.* THE BAY REALTY
COMPANY et al., Respondents.

*Baldwin* v. *Bay Realty Co.*, 169 App. Div. 941, affirmed.
(Argued November 29, 1916; decided December 15, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered July 8, 1915, affirming a judgment in favor of
defendants entered upon a dismissal of the complaint by
the court on trial at Special Term. The action is one to
have declared void a conveyance by the defendant, the
Bay Realty Company, of a tract of land at Brighton
Beach, substantially all its property, to the Brighton
Beach Racing Association, on the ground that such trans-
fer was prohibited by section 28 of the Stock Corporation
Law. Plaintiff's testator held a certificate of stock of
the Bay Realty Company indorsed in blank as collateral
for a loan. The complaint alleged that the Bay Realty
Company owned the land; that it did not receive the
consideration for the transfer to the Brighton Beach
Racing Association; that the property conveyed was all
the property of the corporation; that the deed of October
26, 1908, was void, being the transfer of all the property
of the corporation, and because the corporation did not
receive the consideration; and that it was in effect a
withdrawal of the capital of the Bay Realty Company;
that thereby the collateral held by the plaintiffs and their
testator decreased in value, and they, therefore, ask that
the transfer be set aside.

*Martin Conboy* and *Leonard D. Baldwin* for
appellants.

*James M. Gray* and *Lynn C. Norris* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.